UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JO ANN KRULL,

        Plaintiff,

        -v-                                        7:14-CV-1352

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| STANLEY LAW OFFICES, LLP<br>Attorneys for Plaintiff<br>215 Burnet Avenue<br>Syracuse, NY 13203 | JAYA A. SHURTLIFF, ESQ. |
| OFFICE OF REGIONAL GENERAL COUNSEL<br>SOCIAL SECURITY ADMINISTRATION<br>   REGION II<br>Attorneys for Defendant<br>26 Federal Plaza, Room 3904<br>New York, NY 10278 | BENIL ABRAHAM, ESQ.<br>CHARLES E. ROBERTS, ESQ. |

DAVID N. HURD
United States District Judge

# **O R D E R**

Pursuant to the bench decision entered into the record after hearing oral argument on this date in Utica, New York, it is hereby

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. The complaint is DISMISSED.

The Clerk of the Court is directed to enter a judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  December 8, 2015
        Utica, New York.